IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK SOJKA and STEPHANIE SOJKA, ) <br> on behalf of plaintiffs and the classes ) <br> defined herein, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SUNDANCE VACATIONS N.A., INC., ) <br> and DOES 1-10, ) <br> ) <br> Defendants. ) | 1:14-cv-10464 <br><br> Honorable Judge Charles P. Kocoras <br> Magistrate Judge Sheila Finnegan |

## NOTICE OF SETTLEMENT

Plaintiffs Mark Sojka and Stephanie Sojka. and Defendant Sundance Vacations N.A Inc., have reached an individual settlement agreement that will settle the case in its entirety and expect to file a stipulation of dismissal within the next 21 days. Plaintiffs respectfully request that this Court strike all pending dates.

Respectfully submitted,

| | |
|---|---|
| s/ Emiliya G. Farbstein | s/ Colleen J. Balek |
| Emiliya G. Farbstein | Colleen J. Balek |
| | |
| Daniel A. Edelman | Barnes & Thornburg LLP |
| Cathleen M. Combs | One North Wacker Drive |
| James O. Latturner | Suite 4400 |
| Emiliya G. Farbstein | Chicago, IL 60606 |
| EDELMAN, COMBS, LATTURNER | 312-214-5618 |
| & GOODWIN, LLC | 312-759-5646 (FAX) |
| 20 S. Clark Street, Suite 1500 | |
| Chicago, IL 60603 | |
| (312) 739-4200 | |
| (312) 419-0379 (FAX) | |

## **CERTIFICATE OF SERVICE**

      I, Emiliya G. Farbstein, hereby certify that on February 23, 2015, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system. I further certify that I sent notification of such filing to the following party via e-mail:

Colleen J. Balek (colleen.balek@btlaw.com)

                                          s/ Emiliya G. Farbstein
                                          Emiliya G. Farbstein