**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARK SOJKA and STEPHANIE SOJKA, )<br>on behalf of plaintiffs and the classes )<br>defined herein, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>SUNDANCE VACATIONS N.A., INC., )<br>and DOES 1-10, )<br>)<br>Defendants. ) | 1:14-cv-10464<br><br>Honorable Judge Charles P. Kocoras<br>Magistrate Judge Sheila Finnegan |

_____

**STIPULATION OF DISMISSAL**
_____

Plaintiffs Mark Sojka and Stephanie Sojka, by and through their undersigned counsel of record, hereby dismiss with prejudice their individual claims and dismiss without prejudice their class claims against defendants Sundance Vacations and Does 1-10, in the above-styled and numbered action pursuant to Fed. R. Civ. P. 41(a)(1). Defendants stipulate to the dismissal.

DATED this 23rd of March, 2015.


s/ Mark Millers/ Emiliya G. Farbstein
Mark MillerEmiliya G. Farbstein
Barnes and Thornburg LLPEDELMAN, COMBS, LATTURNER &
1 N. Wacker DriveGOODWIN, LLC
Suite 440020 S. Clark Street, Suite 1500
Chicago, IL 60606Chicago, Illinois 60603
mark.miller@btlaw.comTelephone: (312) 739-4200
Fax: (312) 419-0379

*Attorney for Defendant Sundance Vacations**Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I, Emiliya G. Farbstein, certify that on March 23, 2015, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which sent notification of such filing to the following party:

Mark Miller
Barnes and Thornburg LLP
1 N. Wacker Drive
Suite 4400
Chicago, IL 60606
mark.miller@btlaw.com

                                                           s/ Emiliya G. Farbstein
                                                           Emiliya G. Farbstein